UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SHANE DOUGLAS BELL, | 4:24-CV-04068-KES |
| Plaintiff, | |
| vs. | ORDER DISMISSING CASE |
| KELLY TJEERDSMA, Unit Coordinator at Mike Durfee State Prison, in individual and official capacity; BRIAN FOLEY, Cultural Activities Coordinator at Mike Durfee State Prison, in individual and official capacity; KELLIE WASKO, Secretary of Corrections, in individual and official capacity; ALEJANDRO REYES, Associate Warden/Acting Warden at Mike Durfee State Prison, in individual and official capacity; TAMMY MERTENS-JONES, Cultural Activities Coordinator, Jameson Annex, in individual and official capacity; TAMMY DOYLE, Administrative Grievance Coordinator at Mike Durfee State Prison, in individual and official capacity; TERESA BITTINGER, Warden at Jameson Annex, in individual and official capacity; CORRECTIONAL OFFICE AROP, White shirted correctional officer at Jameson Annex, in individual and official capacity; JANE DOE NURSE #1, Nurse, in individual and official capacity; JANE DOE NURSE #2, Nurse, in individual and official capacity; JOHN DOE OFFICER #1, Correctional Officer on A-Floor in Jameson Annex, in individual and official capacity; JOHN DOE OFFICER #2, Correctional Officer on A-Floor in Jameson Annex, in individual and official capacity; TIM SCHNEIDER, Unit | |

|  |  |
|---|---|
| Manager on B-Floor of Jameson Annex, in individual and official capacity; BRITTANY SHELBURG, Case Manager at Mike Durfee State Prison, in individual and official capacity; DANIEL SESTAK, Unit Manager at Mike Durfee State Prison, in individual and official capacity; CHARISSA WAREMBOURG, Corporal Correctional officer, in individual and official capacity; and AMBER PIRRAGLIA, Director of Prisons, in individual and official capacity,<br><br>                Defendants. |  |

Plaintiff, Shane Douglas Bell, who is appearing pro se, and defendants, through their counsel of record, jointly move to dismiss all claims in this action on the merits, with prejudice, and in accordance with the terms of the parties' Settlement Agreement and Release. Dockets 54, 54-1.

According to the Settlement Agreement and Release, the parties jointly move for an order terminating the settlement agreement entered in *Bell v. Young*, 4:16-CV-04046-VLD and request that the settlement agreement entered in that case be replaced with the Settlement Agreement and Release in this case. Docket 54-1 at 1, 2. In the Judgment of Dismissal in the 2016 case, the court retained jurisdiction to enforce the settlement agreement. *Bell*, 4:16-CV-04046-VLD, at Docket 141.

Thus, it is ORDERED:

1. That the joint motion for dismissal (Docket 54) is granted. All of Bell's claims in this action are dismissed on the merits, with

        prejudice, and in accordance with the terms of the parties' Settlement Agreement and Release (Docket 54-1).

2. That the settlement agreement entered in *Bell v. Young*, 4:16-CV-04046-VLD is terminated and superseded by the Settlement Agreement and Release in this case (Docket 54-1). The South Dakota Department of Corrections and the South Dakota State Penitentiary are no longer required, pursuant to the previous settlement agreement, to allow inmates confined at the SDSP to receive books donated by a publisher, bookstore, warehouse, vendor, religious organization or prison book program provided that they are (1) soft-covered and (2) receipt of the same does not violate any other rules or policies. Additionally, the South Dakota Department of Corrections and the South Dakota State Penitentiary are no longer required, pursuant to the previous settlement agreement, to amend policy OM2.3.C.4, or another prison policy regarding donated books.

3. That any party who objects to the terms of this Order Dismissing Case or the proposed Judgment of Dismissal, which is attached to this Order, must file an objection, including the basis of the objection, no later than **February 2, 2026**. If no party timely objects to the Order Dismissing Case or proposed Judgment of Dismissal attached to this Order, the court will enter the Judgment of Dismissal.

4. After entry of Judgment of Dismissal in this case, the court will enter an order in *Bell v. Young*, 4:16-CV-04046-VLD terminating the settlement agreement in accordance with the Settlement Agreement and Release (Docket 54-1) in this case.

Dated January 12, 2026.

                        BY THE COURT:

                        /s/ *Karen E. Schreier*
                        KAREN E. SCHREIER
                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SHANE DOUGLAS BELL, | 4:24-CV-04068-KES |
| Plaintiff, | |
| vs. | PROPOSED JUDGMENT OF DISMISSAL |
| KELLY TJEERDSMA, Unit Coordinator at Mike Durfee State Prison, in individual and official capacity; BRIAN FOLEY, Cultural Activities Coordinator at Mike Durfee State Prison, in individual and official capacity; KELLIE WASKO, Secretary of Corrections, in individual and official capacity; ALEJANDRO REYES, Associate Warden/Acting Warden at Mike Durfee State Prison, in individual and official capacity; TAMMY MERTENS-JONES, Cultural Activities Coordinator, Jameson Annex, in individual and official capacity; TAMMY DOYLE, Administrative Grievance Coordinator at Mike Durfee State Prison, in individual and official capacity; TERESA BITTINGER, Warden at Jameson Annex, in individual and official capacity; CORRECTIONAL OFFICE AROP, White shirted correctional officer at Jameson Annex, in individual and official capacity; JANE DOE NURSE #1, Nurse, in individual and official capacity; JANE DOE NURSE #2, Nurse, in individual and official capacity; JOHN DOE OFFICER #1, Correctional Officer on A-Floor in Jameson Annex, in individual and official capacity; JOHN DOE OFFICER #2, Correctional Officer on A-Floor in Jameson Annex, in individual and official capacity; TIM SCHNEIDER, Unit | |

5

|  |  |
|---|---|
| Manager on B-Floor of Jameson Annex, in individual and official capacity; BRITTANY SHELBURG, Case Manager at Mike Durfee State Prison, in individual and official capacity; DANIEL SESTAK, Unit Manager at Mike Durfee State Prison, in individual and official capacity; CHARISSA WAREMBOURG, Corporal Correctional officer, in individual and official capacity; and AMBER PIRRAGLIA, Director of Prisons, in individual and official capacity,<br><br>               Defendants. |  |

Pursuant to the court's Order Dismissing Case, it is

ORDERED, ADJUDGED, and DECREED that judgment with prejudice is entered against plaintiff, Shane Douglas Bell, and in favor of defendants, in accordance with the parties' Settlement Agreement and Release (Docket 54-1), the terms of which are incorporated herein by reference. The settlement agreement in *Bell v. Young*, 4:16-CV-04046-VLD is terminated and superseded by the Settlement Agreement and Release (Docket 54-1) in this case. This court shall retain jurisdiction in this case, 4:24-CV-04068, to enforce the terms of the Settlement Agreement and Release (Docket 54-1).